No. 96–491.  INTER-MODAL RAIL EMPLOYEES ASSN. ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL.  C. A. 9th Cir.  Certiorari granted limited to Question 3 presented by the petition.  Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, January 13, 1997.  Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, February 12, 1997.  A reply brief, if any, may be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, March 3, 1997.  This Court's Rule 29.2 does not apply.

DECEMBER 2, 1996

No. 96–471.  MILLER ET AL. *v.* OHIO ET AL.  Affirmed on appeal from D. C. S. D. Ohio.

No. 96–6126.  RICHARDS *v.* UNITED STATES.  C. A. 10th Cir. Certiorari dismissed.

No. A–1063 (O. T. 1995).  OWENS *v.* UNITED STATES.  Application for bail pending appeal, addressed to JUSTICE SOUTER and referred to the Court, denied.

No. D–1714.  IN RE DISBARMENT OF SCHOOR.  Disbarment entered.  [For earlier order herein, see 518 U. S. 1045.]

No. D–1719.  IN RE DISBARMENT OF GOLKIN.  Disbarment entered.  [For earlier order herein, see 518 U. S. 1049.]

No. D–1722.  IN RE DISBARMENT OF CUNNINGHAM.  Disbarment entered.  [For earlier order herein, see 518 U. S. 1052.]

No. D–1725.  IN RE DISBARMENT OF HUGHES.  Disbarment entered.  [For earlier order herein, see 518 U. S. 1053.]